### 4990. HILL *v.* THE STATE.

HILL, C. J. 1. The objection made to an excerpt from the charge of the court, on the ground that it was an expression of opinion as to what had been proved by the State, is not well founded. The trial judge fully and fairly stated the contentions of both the State and the accused, without the slightest intimation or expression of opinion as to which contentions had been established by the evidence.

2. No other error of law was complained of, and the verdict is supported by the evidence. *Judgment affirmed.*

DECIDED AUGUST 11, 1913.

Conviction of shooting at another; from Early superior court—Judge Worrill. May 13, 1913.

*H. M. Calhoun,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R..R. Arnold,* contra.

---

### 5026. WEATHERBY *v.* THE STATE.

HILL, C. J. 1. The verdict does not depend solely upon circumstantial evidence, a confession having been shown; and, in the absence of a timely written request, the trial judge did not err in failing to give in charge the law of circumstantial evidence, as contained in the Penal Code (1910), § 1010. *Benton* v. *State,* 9 *Ga. App.* 422 (71 S. E. 498); *Holt* v. *State,* 7 *Ga. App.* 77 (66 S. E. 279).

2. No error of law being assigned except as indicated above, and the verdict being supported by the evidence, the judgment refusing a new trial is *Affirmed.*

DECIDED AUGUST 11, 1913.

Conviction of shooting at another; from Floyd superior court—Judge Price Edwards. May 30, 1913.

*Eubanks & Mebane,* for plaintiff in error.

*W. H. Ennis; solicitor-general,* contra.